| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0645 2:16CR20696 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-00224-GMN-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Mason | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| X FILED ___ RECEIVED ___ ENTERED ___ SERVED ON 7/24/2025 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: MAM DEPUTY | Honorable Stephen J. Murphy, III | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/07/2024 | TO 11/06/2027 |

**OFFENSE**

Count 1: 18 U.S.C. 1029(a)(2) – Use of Unauthorized Access Device
Count 2: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft
Count 3: 18 U.S.C. 1029(a)(4) – Possession of Device-Making Equipment
Count 4: 18 U.S.C. 1029(a)(3) – Possession of Fifteen or More Unauthorized Access Devices
Count 7: 18 U.S.C. 1029(a)(4) – Possession of Device-Making Equipment
Count 8: 18 U.S.C. 1001(a)(2) – False Statement Made to a Department of the United States
Count 9: 18 U.S.C. 1029(a)(3) – Possession of Fifteen or More Unauthorized Access Devices
Count 10: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft
Count 11: 18 U.S.C. 1029(a)(3), (b)(2) – Conspiracy to Possess Fifteen or More Counterfeit or Unauthorized Access Devices

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2025
Date

s/Stephen J. Murphy, III
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 25, 2025
Effective Date

United States District Judge